United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Ronica McDowell, Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 16-23864-Civ-Scola |
| ) | |
| Miami Dade Housing Authority, ) | |
| Defendant. ) | |

## Order Dismissing Case

Plaintiff Ronica McDowell has abandoned this lawsuit. On September 21, 2016 the Court dismissed McDowell's complaint for its failure to state a claim upon which relief may be granted. (ECF No. 5, 3.) The Court granted McDowell until October 7, 2016 to file an amended complaint, advising her that her failure to do so would result in the dismissal of her case. This deadline has come and gone. Although McDowell has filed a "Notice and Consent to Proceed Before a United States Magistrate Judge" (ECF No. 6), she has failed to file an amended complaint as directed.

The Court therefore **dismisses** McDowell's complaint **without prejudice** and the clerk is directed to **close** this matter. All pending motions, if any, are **denied as moot**.

**Done and ordered**, at Miami, Florida, on October 13, 2016.

_____
Robert N. Scola, Jr.
United States District Judge

*Copy to*:
Ronica McDowell
11101 SW 180th Street
Miami, Florida 33157